Commonwealth *v.* Bowman, Appellant.

Argued May 23, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Arthur K. Dils,* with him *Leonard Tintner,* for appellant.

*Jerome T. Foerster,* Assistant District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 3, 1968:
Judgment affirmed.